UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**LAWRENCE CHAYT,**  Case No.: 20-cv-82301

  **Plaintiff,**

 vs.

**PALM TRAN, INC.**

  **Defendant.**
  _____/

## COMPLAINT

Plaintiff, LAWRENCE CHAYT (hereinafter "Plaintiff"), by and through his undersigned counsel, hereby sues the Defendant, PALM TRAN, INC. (hereinafter "Defendant" or "Palm Tran"), and states as follows:

### JURISDICTION AND PARTIES

1. This matter in controversy concerns violations of the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. §621 et. Seq., and the Florida Civil Rights Act of 1992 ("FCRA") Fla. Stat. §760 et seq.

2. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331 and 1343.

3. That all times material hereto, Plaintiff has resided in Palm Beach County, Florida, and otherwise, sui juris.

4. That all times material hereto, Palm Tran is a Florida profit corporation with a principal address located in Palm Beach County, Florida, and otherwise sui juris.

5. Venue lies properly in the Southern District of Florida in that the subject matter of this action occurred there.

6. Plaintiff is a person as that term is defined under the Florida Civil Rights Act, Fla.

1

Stat. §760, et seq. ("FCRA").

7. Defendant is an employer as that term is defined under the Florida Civil Rights Act, Fla. Stat. §760, et. seq ("FCRA").

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

8. Plaintiff contents that he has exhausted all administrative remedies prior to the filing of this action.

9. On December 20, 2019, Plaintiff filed a charge of discrimination against the Defendant with the United States Equal Employment Opportunity Commission (EEOC).

10. On November 6, 2020, Plaintiff received a Notice of Right to Sue Letter from the EEOC regarding charge number 15M-2020-00025. (Exhibit "A").

11. This Complaint is being filed within ninety (90) days after receiving notice from the EEOC of Plaintiff's right to sue.

## BACKROUND

12. Plaintiff's date of birth is October 25, 1937. Plaintiff is currently eighty-three (83) years of age and was over the age of 40 at all relevant times.

13. From April 30, 2006 until around April 30, 2011, Plaintiff worked for Palm Tran as a Bus Operator before retiring at that time. Plaintiff had a clean record and performed his job at the highest level with no incidences.

14. On or about October 10, 2019, Plaintiff was rehired by Palm Tran after applying again, with the required training to take place within the subsequent weeks. A copy of said hiring letter is attached hereto as Exhibit "B".

15. While being trained during the orientation period, Plaintiff was not provided the same

training classes that the younger bus operator drivers were provided. A copy of the training classes are attached hereto as Exhibit "C".

16. On November 6, 2019, the Plaintiff received Certificates of Training indicating that he successfully passed the "Rule Chapter 14-90, Florida Administrative Code: A Review for You, a Course for Bus Transit Drivers", "Florida Department of Transportation's Disability Etiquette for Transit Operators", "Curbing Transit Operator Distracted Driving Training". On November 7, 2019, Plaintiff received the Certificate of Training indicating that he successfully completed the Department of Transportation's "The Art of Defusing Conflict: De-Escalation Techniques for Transit Operators". A copy of said Certificates are attached hereto as Exhibit "D".

17. On or about November 13, 2019, Plaintiff was instructed to perform functions that he was not yet taught at one of the training classes (although the other student drivers were provided training previously) and he did not perform the functions to the supervisor's satisfaction.

18. Instead of being provided the proper training and another chance to perform the task like the other student drivers, the Defendant terminated the Plaintiff on November 14, 2019. No other drivers were terminated for not performing a task they were not properly trained for.

## COUNT I- UNLAWFUL AGE DISCRIMINATION IN VIOLATION OF ADEA

19. Plaintiff, LAWRENCE CHAYT, re-alleges and re-avers the allegations contained above in paragraphs 1-18 and incorporates the same as if set forth fully herein.

20. This is an action for damages as a result of discriminatory treatment brought pursuant to the Age Discrimination in Employment Act ("ADEA") 29 U.S.C. §621 et. seq.

21. Plaintiff is a member of a protected class pursuant to the ADEA (an "individual at least forty (40) years of age," 29 U.S.C. §631(a)).

22. Plaintiff was qualified for his position.

23. Plaintiff suffered a series of adverse employment actions, leading up to and including his termination.

24. Plaintiff was subjected to adverse employment actions, in contrast with similarly situated younger employees, giving rise to an inference of discrimination.

25. As a result of the aforementioned conduct as alleged in this Court, Defendant violated the ADEA.

26. As a direct and proximate result of Defendant's willful, knowing and intentional discrimination, Plaintiff has sustained a loss of earnings and other employment related benefits and job opportunities.

27. Plaintiff is hereby entitled to back pay and liquidated damages, attorney's fees and costs.

WHEREFORE Plaintiff prays that judgment be entered in his favor against the Defendant as follows: That Plaintiff be awarded back pay and liquidated damages; that Plaintiff be awarded reasonable attorney's fees and costs pursuant to the Age Discrimination in Employment Act, 29 U.S.C. §626(b) and; that Plaintiff be awarded such other relief as the Court deems just and proper.

**COUNT II- UNLAWFUL AGE DISCRIMINATION IN VIOLATION OF FCRA §760**

28. Plaintiff re-alleges and re-avers the same allegations set forth in paragraphs contained above in paragraphs 1-18 and incorporates the same as if set forth fully herein.

29. This is an action for damages as a result of discriminatory treatment brought pursuant to the Florida Civil Rights Act of 1992 ("FCRA"), Fla. Stat. §760.10 et. seq.

30. Plaintiff is a member of a protected class pursuant to the FCRA.

31. Plaintiff was qualified for his position.

32. Plaintiff suffered a series of adverse employment actions, leading up to and including

4

his termination.

33. Plaintiff was subjected to adverse employment actions, in contrast with similarly situated younger employees, giving rise to an inference of discrimination.

34. As a result of the aforementioned conduct as alleged in this Court, Defendant violated the FCRA.

35. Defendant acted with "malice or with reckless indifference" to Plaintiff's protected rights.

36. As a direct and proximate result of Defendant's willful, knowing, and intentional discrimination, Plaintiff has sustained a loss of earnings and other employment related benefits and job opportunities.

37. Plaintiff is thereby entitled to general, compensatory and punitive damages, attorney's fees and costs.

WHEREFORE, Plaintiff prays that judgment be entered in his favor against the Defendant as follows: That Plaintiff be awarded general, compensatory and punitive damages, front pay and back pay, and prejudgment interest, that Plaintiff be awarded reasonable attorney's fees and costs pursuant to Florida Statute §760.11(6) and; that Plaintiff be awarded such other relief as the Court deems just and proper.

## TRIAL BY JURY

Plaintiff demands a trial by jury of all issues so triable.

DATED this 15th day of December, 2020.

Respectfully Submitted,

**Law Offices of Shaun M. Zaciewski, P.A.**
*Attorney for Plaintiff*
175 SW 7th Street, Suite 1611
Miami FL 33130

Tel:   (786) 353-0195

By: /s/ Shaun Zaciewski
    SHAUN M. ZACIEWSKI, ESQ.
    Florida Bar No. 28698
    Shaunz@Zaciewskilaw.com

# EXHIBIT "A"

EEOC Form 161 (11/16)          **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| **To:** Lawrence Chayt<br>860 Sun Disk Place<br>Boynton Beach, FL 33436 | **From:** Miami District Office<br>Miami Tower, 100 S E 2nd Street<br>Suite 1500<br>Miami, FL 33131 |

[ ]    *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 15M-2020-00025 | **EDRAS REGISME,** Investigator | (786) 648-5819 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.
      Based upon its investigation

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]   The EEOC issues the following determination: the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

November 6, 2020

Enclosures(s)      **BRADLEY A. ANDERSON,** Acting District Director      *(Date Mailed)*

cc:

| Respondent's Representative | Charging Party's Legal Representative |
|---|---|
| Gilbert Morales<br>Support Services Director<br>PALM TRAN<br>3201 Electronics Way<br>West Palm Beach, FL 33407 | Shaun Zaciewski, Esq.<br>LAW OFFICES OF SHAUN ZACIEWSKI, P.A.<br>175 SW 7th St., Ste. 2020<br>Miami, FL 33130 |

Enclosure with EEOC
Form 161 (11/16)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    --    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION    --    Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

***IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.***

# EXHIBIT "B"



**Palm Tran**
**Administrative Offices**
3201 Electronics Way
West Palm Beach, FL 33407-4618
(561) 841-4200
FAX: (561) 841-4291

**Palm Tran Connection**
50 South Military Trail
Suite 101
West Palm Beach, FL 33415-3132
(561) 649-9838
FAX: (561) 656-7156
www.palmtran.org

**Palm Beach County**
**Board of County**
**Commissioners**

Mack Bernard, Mayor

Dave Kerner, Vice Mayor

Hal R. Valeche

Gregg K. Weiss

Robert S. Weinroth

Mary Lou Berger

Melissa McKinlay

**County Administrator**

Verdenia C. Baker

*"An Equal Opportunity Affirmative Action Employer"*

Official Electronic Letterhead

---

October 10, 2019

Lawrence Chayt
860 Sun Disk Place
Boynton Beach, FL 33436

Dear Mr. Chayt:

This letter is written confirmation of our offer to you for the position of Bus Operator within our Operations Division. Your hourly compensation rate will be $14.642. Your employment will begin on October 27, 2019.

Please report on **Monday, October 28, 2019 at 8:30 am** for new employee orientation at **50 South Military Trail, Room 1S-102, 1st Floor, West Palm Beach, FL 33415.** Your work schedule will be determined by your Section Manager.

Terms of employment including salary, benefits and paid time off accruals are outlined in the Labor Management Agreement between Palm Tran, Inc. and the Amalgamated Transit Union (ATU), Local 1577. During Orientation you will be provided a copy of the Labor-Management Agreement. Please refer to this for additional information. You will serve a one (1) year probationary period.

Palm Tran's benefits include:
- Twelve (12) paid holidays per year
- Vacation and Sick hours (refer to the Labor - Management Agreement for accrual rate)
- Insurance coverage (medical, dental, life, disability) will begin the 1st day of the month following 60 days of employment
- Free Rides on Palm Tran Fixed Route Bus Service
- Palm Tran and ATU Pension Coverage

To obtain additional benefits information, visit our website at www.pbcgov/palmtran/.

This offer is subject to satisfactory results in the following areas:
- Physical exam and drug test
- Completion of satisfactory background check
- Verification of your legal right to work in the United States (please bring the necessary documentation from the list provided.)

Congratulations! We look forward to seeing you in your new position.

Sincerely,

Clinton B. Forbes
Executive Director

If you understand these terms and accept our offer of employment, please sign, date and return this letter to Palm Tran Human Resources.

Lawrence Chayt     Date 10/16/2019

# EXHIBIT "C"

Class 5 2019       White box=Classroom       Shaded box= Behind the Wheel

| | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| | OCT 28 **Orientation** | 29 **Orientation** | 30 Welcome, House Keeping, Class Rules, Introductions, Forms, License, Medical & Self Certifications, Forms Book Ops Handbook - Intro, 1, 2, 3, 4 **Entry Quiz** **Uniform Fittings** **Payroll Visit – Direct Deposit** | 31 Ops Handbook - 5 Veh Mod – 1, 2, 3, 4 PT Pre-trip V – Right Side Mirror V – Square Turns, Right Side Fixed Objects **Diagram Test** **Simulator Exercises – Orientation, Serpentine, Backing** | NOV 1  ATR Ops Handbook – 6 Veh Mod – 5, 6, 7 V – Ped. Awareness V – Let Me Out! R/R |
| | | | | | Into to Bus, Pre-trip, brake-tests Adjust Mirror and seats, On Lot – Start-Stop, Left-Right, Serpentine Bus: |
| | 4 ATR Ops Handbook 7 Veh Mod – 8, 9, 10 V – Curbing Distracted Driving, V – Driven to Distraction V – Reducing the Hazard | 5 ATR Ops Handbook 8 Veh Mod – 11, 12 V – The Mark V – Warning Signs | 6 ATR Ops Handbook 9, 14.90 **Florida 14.90 On Line Class** **Distracted Driving On Line Class** **De-Escalation On Line Class** **Disability Etiquette On Line Class** | 7 ATR Ride Guide, Reading the Route maps, Schedule times Homework Exercise **Risk Management Visit   830a-1130a** | 8 ATR Ride Guide Homework Review **Belle Glade Trip 9:00am** **All Day Trip** |
| | Pre-Trip & Brake-test Backing – Straight, On Road Figure 8s Bus: | Pre-trip, Route Work, , R/R Crossings, Parking lots, Roundabout Rts Bus: | Vehicle Review **Vehicle Test** | Pre-trip, Route Work, Service Stops Freeway Rts Bus: | Pre-trip (Artic) Visit Belle Glade Facility Rt 40 Bus: |
| | 11 **Holiday Veterans Day No Class** | 12 ATR Ride Guide Homework Review Emer Mod – 1, 2, 3, (4) V – EA Button | 13 ATR Emer Mod – (4), 5, 6, 7 Accident/ Incident Report Emergency Review **Emergency Test** | 14 ATR Cust Mod – 1, 2, 3, 4 Fare Box Handout V – My Movie Fare Box Practice | 15  4:00a – 8:00a    12:30 Pre-trip, Service Stops, Ramp Low Light Driving Rts Bus: |
| | | Pre-trip, Route Work, Service Stops Freeway Rts Bus: | Pre-trip, Route Work, Service Stops Bike-on-Bus Rts Bus: | Pre-trip, Route Work, Service Stops, Ramp Bike-on-Bus Rts Bus: | 8:45a – 12:30p ATR V – Easter Seals, Fare Box Practice **Payroll Visit – Paychecks 10:00a** ADA, Customer Review PP - Avail |
| | 18 ATR 12:00p – 3:45p **North County Visit** **Communicators Office** **PT Operator's Exam** | 19 ATR Cust Mod –5, 6,7 V – American Seating V – Q-Pod **Customer Test** | 20 Pre-trip, Route Work, Service Stops, Ramp W/C Securement | 21 ATR **Ride Guide Test** **Simulator Exercises – Hazards & Defensive Driving** Fare Box Practice | 22 ATR Q&A **Final Exam** Platform Preparation |
| | 4:30p – 8:30p Pre-trip, Low Light Driving Rts Bus: | Pre-trip, Avail, Radio, Fare Box, Head Sign W/C securements Radio 10-51/ Private call | | Pre-trip, Route Work, Service Stops, Ramp W/C Securement Rts Bus: | **BTW Finals** Rts Bus: |

# EXHIBIT "D"



# Florida Rural Transit Assistance Program

## Certificate of Training

Lawrence Chayt

has successfully completed the

**Florida Department of Transportation's
Disability Etiquette for Transit Operators**

2019-11-06
Awarded On



# Florida Transit Safety and Operations Network

## Certificate of Training

## Lawrence Chayt

has successfully completed the Florida Department of Transportation's

The Art of Defusing Conflict:
De-Escalation Techniques for Transit Operators

2019-11-07
Awarded On

Lisa Staes, CUTR



# Florida Transit Safety Network

## Certificate of Training

**Lawrence Chayt**

has successfully completed the Florida Department of Transportation's

**Rule Chapter 14-90, Florida Administrative Code:
A Review for You – A Course for Bus Transit Drivers**

_Ashley Porter_
Ashley L Porter, FDOT

2019-11-06
Awarded On

_Lisa Staes_
Lisa Staes, CUTR



# Florida Department of Transportation



## Certificate

Lawrence Chayt

has successfully completed the Florida Department of Transportation's

**CURBING TRANSIT OPERATOR
DISTRACTED DRIVING TRAINING**

Conducted On: 2019-11-06

Lisa Staes, CUTR